**Jamal A. AZEEZ, Plaintiff–Appellant,**

v.

**Kristen L. KELLER, Assistant Prosecuting Attorney; Lawrence R. Frail, Chief Prosecuting Attorney; Bruce Lazenby, Former Prosecuting Attorney; Cedric Robertson, Police Officer; David H. Cook, Police Officer; John Hutchinson, County Judge; Janice Davis, Clerk of Court, Defendants–Appellees,**

**and**

**Francis M. Curnutte, III, Attorney at Law; Billy Cole, Chief of Police, Defendants.**

No. 12–2129.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 24, 2013.

Decided: Feb. 25, 2013.

Jamal A. Azeez, Appellant Pro Se. Kevin John Robinson, Chip E. Williams, Pullin, Fowler, Flanagan, Brown & Poe, PLLC, Beckley, West Virginia; Francis M. Curnutte, III, Farmer, Cline & Campbell, PLLC, Charleston, West Virginia, for Appellees.

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal A. Azeez appeals the district court's orders denying relief on his 42 U.S.C. §§ 1983, 1985 (2006) complaint and denying his motion to reconsider. We have reviewed the record and Azeez's claims and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Azeez v. Keller*, No. 5:06–cv–00106, 2012 WL 3231323 (S.D.W.Va. Aug. 6 & 31, 2012). We deny Azeez's motion to stay the appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*